JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON ALFORD,<br><br>               Plaintiff,<br><br>     v.<br><br>FEDERAL JUDGES ET AL,<br><br>               Defendant(s). | Case No. CV 22-05119-DMG (MAR)<br><br><br>JUDGMENT |

    Pursuant to the Memorandum and Order Dismissing The Action, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: December 15, 2022

_____
DOLLY M. GEE
United States District Judge